UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI ENERGY SERVICES, LLC, : |  |
|             Plaintiff, : |  |
| : |  |
| v. : | No.   5:23-cv-3169 |
| : |  |
| EDWARD MANNING and PINNACLE : |  |
| ENERGY SOLUTIONS, LLC, : |  |
|             Defendants. : |  |

**O R D E R**

**AND NOW**, this 26th day of October, 2023, upon consideration of Defendants' Motion to Dismiss for Improper Venue, ECF No. 8, and Plaintiff's Motion to Remand and Request for Attorney's Fees, ECF No. 9, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion, ECF No. 9, is **GRANTED in part**, as follows:

    a. Plaintiff's request for remand is **GRANTED**; and

    b. Plaintiff's request for attorney's fees is **DENIED**.

2. This case is **REMANDED** to the Court of Common Pleas of Berks County, Pennsylvania, Civil Case No. 23-12016, and the Clerk of Court is directed to send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Berks County, Pennsylvania.

3. Defendants' Motion, ECF No. 8, is **DISMISSED as moot**.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge